AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | Case: 1:21-cr-00035 |
|---|---|
| v. | Assigned to: Judge Sullivan, Emmet G. |
| JACK WADE WHITTON | Assign Date: 3/12/2021 |
|  | Description: SUPERSEDING INDICTMENT (B) |
|  | Related Case: 21-cr-35 (EGS) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JACK WADE WHITTON

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1), (b) (Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon); 18 U.S.C. § 111(a)(1), (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. 231(a)(3) (Civil Disorder); 18 U.S.C. §§ 1752(a)(1) and (b)(1)(a) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. §§ 1752(a)(2) and (b)(1)(a) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous or Deadly Weapon); 18 U.S.C. §§ 1752(a)(4) and (b)(1)(a) (Engaging in Physical Violence in a Restricted Building or Grounds with a Dangerous or Deadly Weapon); and 40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct in a Capitol Building)

Date: 03/12/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.12 16:23:24 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/16/2021, and the person was arrested on *(date)* 4/1/2021
at *(city and state)* Locust Grove, GA

Date: 4/1/2021

*Arresting officer's signature*

Elizabeth Urban, Special Agent
*Printed name and title*