# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JACK WADE WHITTON | Case: 1:21-cr-00035<br>Assigned to: Judge Sullivan, Emmet G.<br>Assign Date: 3/12/2021<br>Description: SUPERSEDING INDICTMENT (B)<br>Related Case: 21-cr-35 (EGS) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JACK WADE WHITTON

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1), (b) (Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon); 18 U.S.C. § 111(a)(1), (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. 231(a)(3) (Civil Disorder); 18 U.S.C. §§ 1752(a)(1) and (b)(1)(a) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. §§ 1752(a)(2) and (b)(1)(a) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous or Deadly Weapon); 18 U.S.C. §§ 1752(a)(4) and (b)(1)(a) (Engaging in Physical Violence in a Restricted Building or Grounds with a Dangerous or Deadly Weapon); and 40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct in a Capitol Building)

Date:     03/12/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.12 16:23:24 -05'00'

*Issuing officer's signature*

City and state:     Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3|16|2021 , and the person was arrested on *(date)* 4|1|2021
at *(city and state)* LOCUST Grove, GA .

Date: 4|1|2021

*Arresting officer's signature*

Elizabeth Urban, Special Agent
*Printed name and title*

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Benjamin Black Alper (alper@howardjweintraubpc.com), Katherine Irene
Terry (caseview.ecf@usdoj.gov, gaylene.berberick@usdoj.gov, katie.terry@usdoj.gov,
nefertiri.mckenzie@usdoj.gov, usagan.motionsresponses@usdoj.gov), Magistrate Judge Regina
D Cannon (ganddb_efile_rdc@gand.uscourts.gov, phyllis_brannon@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11691609@gand.uscourts.gov
Subject:Activity in Case 1:21-mj-00348-RDC USA v. Whitton Arrest - Rule 40
Content-Type: text/html
```

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 4/2/2021 at 3:36 PM EDT and filed on 4/1/2021

| | |
|---|---|
| **Case Name:** | USA v. Whitton |
| **Case Number:** | 1:21–mj–00348–RDC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Jack Wade Whitton (jpk)**

**1:21–mj–00348–RDC–1 Notice has been electronically mailed to:**

Benjamin Black Alper &nbsp &nbsp alper@howardjweintraubpc.com

Katherine Irene Terry &nbsp &nbsp katie.terry@usdoj.gov, CaseView.ECF@usdoj.gov,
gaylene.berberick@usdoj.gov, nefertiri.mckenzie@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:21–mj–00348–RDC–1 Notice has been delivered by other means to:**

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

DATE: 4/1/2021 @ 12:39 pm

TAPE: FTR

TIME IN COURT: 5 mins

MAGISTRATE JUDGE    REGINA D. CANNON

COURTROOM DEPUTY CLERK: Phyllis Brannon

CASE NUMBER: 1:21-mj-348

DEFENDANT'S NAME: Jack Wade Whitton

AUSA: Katie Terry for Ryan Buchanan

DEFENDANT'S ATTY: Benjamin Alper

USPO / PTR: Ty Ransom

[✓] Retained  [ ] CJA  [ ] FDP  [ ] Waived

ARREST DATE _____

X   Initial appearance hearing held. _____ Defendant informed of rights.

_____ Interpreter sworn: _____

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

X   Defendant WAIVES identity hearing.          X   WAIVER FILED

_____ Identity hearing HELD. _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only. _____ WAIVER FILED

_____ Preliminary hearing HELD. _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

X   Government motion for detention filed . Detention Hearing set for April 2, 2021 @ 1:00 pm

_____ Pretrial hearing set for _____ @ _____ [ ] In charging district.)

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention [ ] GRANTED  [ ] DENIED

_____ Pretrial detention ordered. _____ Written order to follow.

_____ BOND set at _____ NON-SURETY _____ SURETY

_____ cash _____ property _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed. Defendant released.

_____ Bond not executed.   Defendant to remain in Marshal's custody.

_____ Motion   (   verbal)   to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

_____ See page 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-CR-35 (EGS) |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-233 |
| | : | GRAND JURY ORIGINAL |
| JEFFREY SABOL, | : | |
| PETER FRANCIS STAGER, | : | VIOLATIONS: |
| MICHAEL JOHN LOPATIC SR., | : | 18 U.S.C. § 1512(c)(2), 2 |
| CLAYTON RAY MULLINS, and | : | (Obstruction of an Official Proceeding) |
| JACK WADE WHITTON, | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| Defendants. | : | Certain Officers Using a Dangerous |
| | : | Weapon) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b), 2 |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers and Inflicting Bodily |
| | : | Injury) |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |

: **18 U.S.C. § 1752(a)(4)**
: **(Engaging in Physical Violence in a**
: **Restricted Building or Grounds)**
: **40 U.S.C. § 5104(e)(2)(F)**
: **(Violent Entry and Disorderly Conduct in**
: **a Capitol Building)**

**I N D I C T M E N T**

Case: 1:21-cr-00035
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/12/2021
Description: Superseding Indictment (B)
Case related to 21-cr-35 (EGS)

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere, **PETER FRANCIS STAGER** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and committing an act of civil disorder.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **JEFFREY SABOL, PETER FRANCIS STAGER**, and **JACK WADE WHITTON**, using a deadly or dangerous weapon, that is, a baton, flag pole, and crutch, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, B.M., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

2

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **CLAYTON RAY MULLINS,** did forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury on, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, that is, A.W., an officer from the Metropolitan Police Department.

**(Assaulting, Resisting, or Impeding Certain Officers and Inflicting Bodily Injury and Aiding and Abetting,** in violation of Title 18, United States Code, Sections 111(a)(1) and (b), and 2)

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **CLAYTON RAY MULLINS** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, B.M., an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers,** in violation of Title 18, United States Code, Section 111(a)(1))

3

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **JEFFREY SABOL** and **JACK WADE WHITTON** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, A.W., an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **MICHAEL JOHN LOPATIC SR.** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, C.M., an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **JEFFREY SABOL, JACK WADE WHITTON,** and **CLAYTON RAY MULLINS,** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, Officer A.W., an officer from the Metropolitan Police Department, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder,** in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **JEFFREY SABOL, PETER FRANCIS STAGER, MICHAEL JOHN LOPATIC SR., JACK WADE WHITTON,** and **CLAYTON RAY MULLINS,** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, Officer B.M., an officer from the Metropolitan Police Department, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder,** in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, **MICHAEL JOHN LOPATIC SR.** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, Officer CM., an officer from the Metropolitan Police Department, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TEN

On or about January 6, 2021, within the District of Columbia, **JEFFREY SABOL,** **PETER FRANCIS STAGER,** and **JACK WADE WHITTON** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a baton, flag pole, and crutch.

> (**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT ELEVEN

On or about January 6, 2021, within the District of Columbia, **JEFFREY SABOL**, **PETER FRANCIS STAGER**, and **JACK WADE WHITTON**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a baton, flag pole, and crutch.

> **(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT TWELVE

On or about January 6, 2021, within the District of Columbia, **JEFFREY SABOL**, **PETER FRANCIS STAGER**, and **JACK WADE WHITTON**, did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a baton, flag pole, and crutch.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

## COUNT THIRTEEN

On or about January 6, 2021, within the District of Columbia, **MICHAEL JOHN LOPATIC SR.** and **CLAYTON RAY MULLINS** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOURTEEN

On or about January 6, 2021, within the District of Columbia, **MICHAEL JOHN LOPATIC SR.** and **CLAYTON RAY MULLINS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIFTEEN

On or about January 6, 2021, within the District of Columbia, **MICHAEL JOHN LOPATIC SR.** and **CLAYTON RAY MULLINS** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

(**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT SIXTEEN

On or about January 6, 2021, within the District of Columbia, **JEFFREY SABOL, PETER FRANCIS STAGER, MICHAEL JOHN LOPATIC SR., JACK WADE WHITTON,** and **CLAYTON RAY MULLINS** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*Channing D Phillips /Rh A*

Attorney of the United States in
and for the District of Columbia.

9

14

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR - 1 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____GEORGIA_____

UNITED STATES OF AMERICA

v.

## JACK WADE WHITTON

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:21-mj-348

CHARGING DISTRICTS
CASE NUMBER: 1:21-cr-00035

I understand that charges are pending in the _____ District of **Columbia**

alleging violation of __18 U.S.C. 111(a)(1)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

4/1/21
_____
Date

_____
Defense Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

JACK WADE WHITTON

Criminal Action No.

### Government's Motion for Detention

The United States of America, by counsel, Kurt R. Erskine, Acting United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

A serious risk that the defendant will flee;

A serious risk that the defendant will obstruct or attempt to obstruct justice; and

A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

**2.    Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 1 day.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: April 1, 2021.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

KURT R. ERSKINE
Acting United States Attorney

*Ryan K. Buchanan*

RYAN K. BUCHANAN
Assitant U.S. Attorney
Ga. Bar No. 623388

**Certificate of Service**

I served this document today by electronic mail.

April 1, 2021

*Ryan K. Buchanan*
RYAN K. BUCHANAN
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____GEORGIA_____

UNITED STATES OF AMERICA

**V.**

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR - 1 2021

**JACK WADE WHITTON**
_____
*Defendant*

Case _____1:21-mj-348_____

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Upon motion of the_____U. S. GOVERNMENT_____, it is ORDERED that a

detention hearing is set ____**4/2/2021**____ * at _____1:00 p.m._____
                             *Date*                                                *Time*

before_____REGINA D. CANNON_____
                                        *Name of Judicial Officer*

_____2022 U. S. Courthouse 75 Ted Turner Drive Street, S.W., Atlanta, GA 30303_____
                                        *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ and produced for the
                          *Other Custodial Official*

Date: ____4/1/2021____ _____
                                                    *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**

FILED IN OPEN COURT

DATE: 4/2/2021 @ 2:12 pm

TAPE: FTR

TIME IN COURT: 50 mins

MAGISTRATE JUDGE    REGINA D. CANNON

COURTROOM DEPUTY CLERK: Phyllis Brannon

CASE NUMBER: 1:21-mj-348-RDC

DEFENDANT'S NAME: Jack Wade Whitton

AUSA: Ryan Buchanan

DEFENDANT'S ATTY: Ben Alper

USPO / PTR: _____

[✓] Retained [ ] CJA [ ] FDP [ ] Waived

_____ ARREST DATE _____

_____ Initial appearance hearing held.                    _____ Defendant informed of rights.

_____ Interpreter sworn: _____

**COUNSEL**

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

_____ Defendant WAIVES identity hearing.                    _____ WAIVER FILED

_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.    _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

_____ Government motion for detention filed .    _____ @ _____

_____ Pretrial hearing set for _____ @ _____  [ ] In charging district.)

 X   Bond/Pretrial detention hearing held.

 X   Government motion for detention [ ] GRANTED [✓] DENIED

_____ Pretrial detention ordered.    Written order to follow.

 X   BOND set at $10,000.00    X   NON-SURETY    _____ SURETY

        _____ cash    _____ property    _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed. Defendant released.

 X   Bond not executed.  Defendant to remain in Marshal's custody. Bond stayed. Government will appeal.

_____ Motion   (    verbal)   to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond _____ GRANTED    _____ DENIED

_____ See page 2

Defendant: Jack Whitton   Case No.: 1:21-mj-348

Date: 4/2/21

**WITNESSES:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

Gov't exhibits: 1 - 17, admitted and retained

Gov't exhibit: 18, admitted and retained

_____

_____

_____

_____

_____

_____

_____

Original Exhibits   X   RETAINED by the Court   _____ RETURNED to counsel

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR − 2 2021

JAMES N. HATTEN, Clerk
By: \_\_\_\_\_ Deputy Clerk

# United States District Court

NORTHERN \_\_\_\_\_ District of \_\_\_\_\_ GEORGIA

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
|---|---|
| V. | **DISTRICT** |
| JACK WADE WHITTON | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 21-cr-35 (EGS) | 1:21-mj-348-RDC | 21-mj-233 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[✔] Indictment  [ ] Information  [ ] Complaint  [ ] Other (specify)

**charging a violation of**   18  U.S.C. §  111 (a)(1), (b)

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**

Assaulting, Resisting, or Impeding Certain Officers with a Dangerous Weapon

**CURRENT BOND STATUS:**

[ ] Bail fixed at \_\_\_\_\_ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[ ] Government moved for detention and defendant detained pending detention hearing in District of Offense
[✔] Other(specify)  Bond granted in District of Arrest. Bond stayed pending appeal in District of Offense. Defendant detained.

**Representation:**   [✔] Retained Own Counsel  [ ] Federal Defender Organization  [ ] CJA Attorney  [ ] None

**Interpreter Required?**   [✔] No  [ ] Yes  Language: \_\_\_\_\_

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 2, 2021 _____

Date  Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA     :
                                    :

v.                                     :      **CRIMINAL ACTION FILE NO.**
                                    :      **1:21-mj-00348-RDC**

**JACK WADE WHITTON**           :
                                    :

      **Defendant.**                 :

## **RECEIPT FOR EXHIBITS**

I have received from Phyllis Brannon this 2nd day of April, 2021, the following exhibits:

Government's Exhibits:    1 - 18

Defendant's Exhibits:

These exhibits are from the Detention Hearing held April 2, 2021, before Magistrate Judge Regina D. Cannon.

                                       _____
                                 SIGNATURE OF EXHIBIT CUSTODIAN



GOVERNMENT
EXHIBIT

|



GOVERNMENT
EXHIBIT
2



@jrobertson.nyc

GOVERNMENT
EXHIBIT

3



@jrobertson.nyc

GOVERNMENT
EXHIBIT

4

27



2021-01-06 16:27:21 -0500
AXON BODY 3 X6039BJJV

GOVERNMENT
EXHIBIT
5

28



2021-01-06 16:27:29 -0500
AXON BODY 3 X603983JV

GOVERNMENT
EXHIBIT

6



GOVERNMENT
EXHIBIT

7





2021-01-06 16:27:32 -0500
AXON BODY 3 X6039BJJV

GOVERNMENT
EXHIBIT
9



2021-01-06 16:27:32 -0500
AXON BODY 3 X6039BF8M

GOVERNMENT
EXHIBIT

10

33



2021-01-06 16:27:33 -0500
AXON BODY 3 X6039BF8M

GOVERNMENT
EXHIBIT

11



2021-01-06 16:27:34 -0500
AXON BODY 3 X6039BF8M

GOVERNMENT
EXHIBIT

12



~16:25-26

Moments before #Scallops starts his crutches assault, he is seen jumping up and down, screaming "fuck you!" and is flipping the MPD officers in the tunnel off.

16:27

#Scallops clearly physically assaults several MPD officers (assaults badges 5586, 4935, 5529; 5077, and 5213 are also in the vicinity). #BaldEagle was also involved in this part of the initial crutches assault

#SeditionHunters believe #Scallops is wearing 3 layers: a maroon long sleeve shirt, a red vest, and a olive green and navy blue shirtjac (combined piece).

16:27

#Scallops grabs MPD Officer BA Miller from the tunnel.

#Scallops attacks MPD officers at the arched entrance to tunnel on the W side of the Capitol. #BaldEagle is around

Best match vest: Columbia Cascade Trail II Hybrid Vest--double hems, zippers, colors, panelling and logo

Additional outfit details: Levi's jeans with a beige, webbed belt; brown boots. Boots are well worn and have 2 copper rivets. Potential hat match sold by Riverbed Threads in Bailey, NC. American flag neck gaiter (no ID yet).

#Scallops can be seen with a female accomplice, #ScallopsSqueeze, in several separate pieces of footage. She has long dark hair, is wearing a black hoodie, a Trump winter pom pom beanie, dark sunglasses, and a grey backpack.

#Scallops, along with #CatSweat, #OrangeNTeal, & #Fingerman, pulls either MPD Officer Miller or Fanone down the stairs and out of the tunnel.

#Scallops goes back into the riot crowd attacking the cops, & seems to be retrieved by #WalkerTexasFascist.

16:48

16:50

~17:02 (sunset)

#Scallops has a distinctively hooked nose and receding hairline. He also has large ears with detached lobes, and scruffy dirty blonde facial hair.

GOVERNMENT EXHIBIT

13

36





GOVERNMENT
EXHIBIT

14

37



GOVERNMENT
EXHIBIT

15



Wade >



This is from a bad cop.

Damn son!

Yea I fed him to the people. Idk his status. And don't care tbh

GOVERNMENT
EXHIBIT

16

GOVERNMENT
EXHIBIT

17





# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Counsel for Government

**FROM:** R. Bryant, Deputy Clerk

**DATE:** April 5, 2021

**CASE NO.:** 1:21-MJ-348-RDC-1, Jack Wade Whitton

**SUBJECT: RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS**

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed cases, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading.

(If you will be picking up exhibits, please allow at least 24 hours from the filing of your notice to ensure the exhibits are ready for pickup.)

**Receipt of this Notice is hereby acknowledged. _____**
**(Signature)**

☐ **Documentary Exhibits will be picked up no later than _____**
**(Date)**

☐ **Documentary Exhibits may be destroyed. _____** **(Initials)**

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Exhibits Received by: _____**
**(Signature)**

**This _____ day of_____, 2020.**

---

[1] The exhibits have been uploaded to the electronic file which is the official record of the court.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION FILE NO. |
| | : | 1:21-mj-00348-RDC |
| JACK WADE WHITTON | : | |
| | : | |
| Defendant. | : | |

## RECEIPT FOR EXHIBITS

I have received from Phyllis Brannon this 2nd day of April, 2021, the following exhibits:

Government's Exhibits:   1 - 18

Defendant's Exhibits:

These exhibits are from the Detention Hearing held April 2, 2021, before Magistrate Judge Regina D. Cannon.

_____
SIGNATURE OF EXHIBIT CUSTODIAN



GOVERNMENT
EXHIBIT

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Benjamin Black Alper (alper@howardjweintraubpc.com), Katherine Irene
Terry (caseview.ecf@usdoj.gov, gaylene.berberick@usdoj.gov, katie.terry@usdoj.gov,
nefertiri.mckenzie@usdoj.gov, usagan.motionsresponses@usdoj.gov), Magistrate Judge Regina
D Cannon (ganddb_efile_rdc@gand.uscourts.gov, phyllis_brannon@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:11695681@gand.uscourts.gov
Subject:Activity in Case 1:21-mj-00348-RDC USA v. Whitton Termination of Magistrate Case
Content-Type: text/html
```

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 4/5/2021 at 4:03 PM EDT and filed on 4/2/2021

| | |
|---|---|
| **Case Name:** | USA v. Whitton |
| **Case Number:** | 1:21–mj–00348–RDC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Magistrate Case Closed. Defendant Jack Wade Whitton terminated. (rlb)**

**1:21–mj–00348–RDC–1 Notice has been electronically mailed to:**

Benjamin Black Alper &nbsp &nbsp alper@howardjweintraubpc.com

Katherine Irene Terry &nbsp &nbsp katie.terry@usdoj.gov, CaseView.ECF@usdoj.gov,
gaylene.berberick@usdoj.gov, nefertiri.mckenzie@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:21–mj–00348–RDC–1 Notice has been delivered by other means to:**

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−mj−00348−RDC</u>−1

Case title: USA v. Whitton

Other court case number: 1:21−CR−35 USDC District of
Columbia

Date Filed: 04/01/2021

Date Terminated: 04/02/2021

Assigned to: Magistrate Judge
Regina D Cannon

**<u>Defendant (1)</u>**

**Jack Wade Whitton**
*TERMINATED: 04/02/2021*

represented by

**Benjamin Black Alper**
Law Offices of Weintraub & Alper, P.C.
Suite 1250
1355 Peachtree Street, N.E.
Atlanta, GA 30309
404−892−2000
Fax: 404−892−2040
Email: alper@howardjweintraubpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**<u>Pending Counts</u>**

None

**<u>Disposition</u>**

**<u>Highest Offense Level
(Opening)</u>**

None

**<u>Terminated Counts</u>**

None

**<u>Disposition</u>**

**<u>Highest Offense Level
(Terminated)</u>**

None

**<u>Complaints</u>**

18:111(a)(1) Assaulting,
Resisting, or Impeding Certain
Officers and Inflicting Bodily
Injury and Aiding and Abetting

**<u>Disposition</u>**

**Plaintiff**

**USA**
                                          represented by   **Katherine Irene Terry**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6000
Email: katie.terry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/01/2021 | | | Arrest (Rule 40) of Jack Wade Whitton (jpk) (Entered: 04/02/2021) |
| 04/01/2021 | 1 | | Minute Entry for proceedings held before Magistrate Judge Regina D Cannon: Initial Appearance in Rule 5(c)(3) Proceedings as to Jack Wade Whitton held on 4/1/2021. Defendant waives identity hearing. Waiver filed. Government motion for detention filed. Detention Hearing set for 4/2/2021 at 01:00 PM in ATLA Courtroom 2022 before Magistrate Judge Regina D Cannon. (Attachments: # 1 Indictment) (Tape #FTR) (jpk) (Entered: 04/02/2021) |
| 04/01/2021 | 2 | | WAIVER of Rule 5 and 5.1 Hearings by Jack Wade Whitton (jpk) (Entered: 04/02/2021) |
| 04/01/2021 | 3 | | MOTION for Detention by USA as to Jack Wade Whitton. (jpk) (Entered: 04/02/2021) |
| 04/01/2021 | 4 | | Order of Temporary Detention pursuant to Bail Reform Act by Judge Regina D. Cannon as to Jack Wade Whitton. (jpk) (Entered: 04/02/2021) |
| 04/02/2021 | 5 | | Minute Entry for proceedings held before Magistrate Judge Regina D Cannon: Bond Hearing as to Jack Wade Whitton. Government motion for detention denied. Bond set at $10,000, non−surety. Bond not executed. Government's exhibits 1−17, 18 admitted and retained. (Tape #FTR) Interpreted by David Hoover.(rlb) (Entered: 04/05/2021) |
| 04/02/2021 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Jack Wade Whitton. Defendant committed to District of Columbia. Signed by Magistrate Judge Regina D Cannon on 4/2/21. (rlb) (Entered: 04/05/2021) |
| 04/02/2021 | 7 | | EXHIBITS (Government's Exhibits 1−17) admitted and retained at the 5 Bond Hearing as to Jack Wade Whitton have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(rlb) (Entered: 04/05/2021) |

| 04/02/2021 | 9 | | Exhibits Audio/Video (Government's Exhibits 18) admitted and retained at the 5 Bond Hearing as to Jack Wade Whitton have been received from Courtroom Deputy and placed in the custody of the Records Clerks. (Attachments: # 1 Exhibit 18)(rlb) (Entered: 04/05/2021) |
| 04/02/2021 | | | Magistrate Case Closed. Defendant Jack Wade Whitton terminated. (rlb) (Entered: 04/05/2021) |
| 04/05/2021 | 8 | | NOTICE TO GOVERNMENT'S COUNSEL OF RECORD regarding RECLAMATION AND DISPOSITION OF UNCLAIMED Documentary EXHIBITS pursuant to Local Rule 79.1D. Re: 7 Exhibits. (rlb) (Entered: 04/05/2021) |