# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO.: 1:21-CR-35 (EGS) |
| JACK WADE WHITTON, ) | |
| Defendant. ) | |

## ORDER DELAYING DEFENDANT'S TRANSPORT TO THE DISTRICT OF COLUMBIA UNTIL AFTER THIS COURT RULES OF THE GOVERNMENT'S MOTION TO REVOKE JUDGE CANON'S RELEASE ORDER

Upon Motion of Defendant, and without any opposition from the government, **IT IS HEREBY ORDERED** that Defendant's transport from Georgia to the District of Columbia is to be delayed pending a ruling on the government's Motion to revoke Judge Canon's release order. The Marshals are directed not to transport Defendant to the District of Columbia until further Order of this Court. With Defendant's consent, any time delay caused by this Order shall be excluded from speedy trial time calculations.

**This the 8th day of April, 2021.**

_____
EMMET G. SULLIVAN
United States District Judge