# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:21-CR-35 (EGS) |
| ) | |
| JACK WADE WHITTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## JOINT STATUS REPORT

Per the Court's April 7, 2021 Minute Order requesting mutually available dates to reschedule the April 12, 2021 hearing on the Government's Motion To Revoke Judge Canon's Release Order, the parties submit the following to the Court:

- Mr. Whitton is still being held in Lovejoy, Georgia and the parties are prepared to proceed on April 12, 201 via video-conference if the Court is inclined to hold this hearing as scheduled.

- Inasmuch as the parties do not know how long it will take for Mr. Whitton to be transferred to this District, Mr. Whitton filed an unopposed motion to delay his transport to this District until the Court could rule on the government's Motion, which the Court granted today.  **(Docs. 42, 43)**

- 2 -

- Should this Court not wish to go forward on the 12th with the hearing as scheduled, then the parties will be prepared to proceed with this hearing via video-conference at any time that is convenient for the Court, with the exception of the mornings of April 13 and 14, 2021, when counsel for the government and undersigned counsel have previously scheduled Court appearances.

**This, the 8th day of April, 2021.**

                                            Respectfully submitted,

                                            *s/ Benjamin Black Alper*
                                            BENJAMIN BLACK ALPER
                                            Georgia Bar No. 940406
                                            Attorney for Defendant Jack Wade Whitton

**LAW OFFICES WEINTRAUB & ALPER, P.C.**
1355 Peachtree Street, N.E.
Suite 1250
Atlanta, Georgia 30309
404.892.2000 (Telephone)
404.892.2040 (Facsimile)
alper@howardjweintraubpc.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:21-CR-35 (EGS) |
| ) | |
| JACK WADE WHITTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above date, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

**This, the 8th day of April, 2021.**

        Respectfully submitted,

        *s/ Benjamin Black Alper*
        BENJAMIN BLACK ALPER
        Georgia Bar No. 940406
        Attorney for Defendant Jack Wade Whitton

**LAW OFFICES WEINTRAUB & ALPER, P.C.**
1355 Peachtree Street, N.E.
Suite 1250
Atlanta, Georgia 30309
404.892.2000 (Telephone)
404.892.2040 (Facsimile)
alper@howardjweintraubpc.com