## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                             )
        Plaintiff,     )
                             )
      vs.           )    CASE NO.: 1:21-CR-35 (EGS)
                             )
JACK WADE WHITTON,     )
                             )
        Defendant.   )

---

### AFFIDAVIT OF:   Aaron Conyers

#### 1.

My name is _A A R o N   C o N y E r S_ . I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

#### 2.

I have known Jack Wade Whitton for __7__ years.

#### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 6 APRIL 2021

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.: 1:21-CR-35 (EGS) |
| | ) |
| JACK WADE WHITTON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**AFFIDAVIT OF:**   Alexander Shakkour

1.

My name is _Alexander Shakkoun_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for ___2___ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on   4/7/2021

Name:

Alexander D. Shakkour

███████████

Locust Grove, Georgia 30248

April 7th, 2021

Re: Jack Wade Whitton

To: The Honorable Judge Emmet G. Sullivan

As First Officer at Skywest Airlines, I am writing on behalf of my friend Jack Wade Whitton and would like to vouch for his character. I have known the defendant for over two years and I provide this character reference in full knowledge of the accusations against my friend.

Wade is a hard working, charismatic, and humble leader. Few men I know have the work ethic that Wade holds. He is a business owner that would not ask anyone that works for him to do a task that he would not be willing to do himself. If released on bail, he will continue to work to not only provide for his family but also the families of his employees.

Wade is kind to and protective of those around him. I feel our community is safer and more productive with Wade. Although the charges brought against him are austere. I believe that these charges do not reflect his character.

Should there be need I am happy to provide additional comment.

Sincerely,

Alexander Shakkour

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.: 1:21-CR-35 (EGS) |
| | ) |
| JACK WADE WHITTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AFFIDAVIT OF:**   **Allyson Kewin**

1.

My name is  Allyson j Kewin  .  I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for  3  years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/6/21

Name:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　)
　　　　vs.　　　　　　　　　)　　CASE NO.: 1:21-CR-35 (EGS)
　　　　　　　　　　　　　　　)
JACK WADE WHITTON,　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　)
　　　　　　　　　　　　　　　)

**AFFIDAVIT OF:**　Amanda Cope

1.

My name is _Amanda Cope_ . I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _27_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/7/2021                Name: Amanda Cope

April 7, 2021
Amanda R. Cope

███████████████

Salt Lake City, Utah 84106

Honorable Emmet G. Sullivan
333 Constitution Ave. NW.
Washington, DC 20001

Your Honor,

In Reference to Case Number 1:21-CR-35 (EGS), I would like to testify on behalf of my brother's character. I understand that Jack Wade Whitton is being accused of assaulting a police officer on January 6th, 2021 and these accusations involve criminal conduct.

I was both troubled and shocked to hear about the allegations that Jack Wade Whitton faces because it is truly out of his character. I honestly believe, from the bottom of my heart, that if he is released on bond, he will not pose any threat to any person, to the community, or any property of the community. I believe he will not pose any risk of fleeing from the jurisdiction of the court or fail to appear in court when required. I believe he will not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.

Jack Wade Whitton is an honest and trustworthy person. His family and his community depend on him. I hope that you can take this letter in consideration on April 12th. Thank you for your time.

Sincerely,

Amanda R. Cope

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:21-CR-35 (EGS) |
| ) | |
| JACK WADE WHITTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AFFIDAVIT OF:**   Ashley Cravey

1.

My name is _Ashley Cravey_ . I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _27_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 04/07/2021

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:21-CR-35 (EGS) |
| ) | |
| JACK WADE WHITTON, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF:** Carol Schuster

### 1.

My name is _Carol Schuster_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

### 2.

I have known Jack Wade Whitton for ___4___ years.

### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4 6 21      Carol Schuster

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|          ) | |
|       Plaintiff,     ) | |
|          ) | |
|       vs.         ) | CASE NO.: 1:21-CR-35 (EGS) |
|          ) | |
| JACK WADE WHITTON,     ) | |
|          ) | |
|       Defendant.     ) | |
|          ) | |

**AFFIDAVIT OF:**    **Charles Smith**

1.

My name is _Charles Smith_.  I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _5_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the fore_oing is true and correct.**

Executed on:  4/6/2021

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )
            vs.                          )        CASE NO.: 1:21-CR-35 (EGS)
                                         )
JACK WADE WHITTON,                       )
                                         )
                    Defendant.           )
_____)

**AFFIDAVIT OF:**   Christopher Cope

1.

My name is *Christopher Cope*.   I am over the age of majority and suffering from no mental or legal disabilities.   I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for  2 7  years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.   I certainly acknowledge that such an accusation involves serious criminal misconduct.   However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: _4/7/2021_

Name: _Christopher Cope_

04/07/2021

Christopher D. Cope

<span style="background-color: black; color: black;">████████████</span>

Melbourne, Fl 32904

Honorable Emmet G. Sullivan
333 Constitution Ave. NW.
Washington, DC 20001

Your Honor,

    The purpose of this letter is to testify for Jack Wade Whitton. I know Jack by family. He is my brother and I have known him my entire life. I understand that he is being accused of assaulting a police officer on January 6, 2021 and these accusations involve criminal conduct. However, as family, as a brother, Jack Whitton has only but shown that he is a prime example of a leader, hard- worker, and has a true moral compass. He has evidence of extraordinary ability throughout his life of dedication, passion, and loyalty. Growing up, he was the fatherly figure I looked up to. He taught me everything that I know today and I owe it to him for my ability to get through life, and because of him, I joined the United States Marine Corps, and because of him I strive to be the best.

    He is an important asset to his community as well. As I mentioned above, he has shown extraordinary ability to his craft. Let's take his fence business into account, He has grown that business through sheer hard work and dedication and every single customer can testify that his custom enclosure is the best. He created jobs for people and made a stable income and gave his people a beautiful yard and helped increase the value to their property, not only monetary value but increased their pride and their way of living.

    I absolutely believe that Jack Wade Whitton will pose no threat or danger to any person, or to the community, or to any property in the community. He is an asset not a liability.

I am referring to Case No. 1:21-CR-35 (EGS)

Sincerely,
Christopher D Cope

**Clayton.Kingery**

Clayton J. Kingery

▮▮▮▮▮▮▮▮
Mattoon, IL 61938

April 7th, 2021

Re: Jack Wade Whitton

To: The Honorable Judge Emmet G. Sullivan

As a EMT- Basic for the company  of Carle Arrow Ambulance service. I am writing on behalf of my friend Jack Wade Whitton and I would like to vouch for his character. I Have known  the defendant for over the last seven years and I provide this character reference in full knowledge of the accusations against my friend.

Being a public servant for over a decade, on the streets distributing positive energy amongst my community. I know someone with a moral compass, and a compassion for their fellow people when I see one. Jack Wade Whitton is one of those people. I would not associate or befriend someone that did not respect his neighbor, community or show empathy, understanding of individuality, and respect for one another. I know without a shadow of a doubt that if asked Jack Wade Whitton would drop everything and travel ten hours to where I live to help me if asked of him. He is one of many people that shown empathy towards me, compassion, and words of advice that I still hold near and dear to me while I was struggling through a divorce. I see lost souls everyday as a public servant that are violent and disgruntled people. Wade is not one of these people. Wade has always be a positive member of his community and even after these allegations against him. He is a changed person already for the better and will strive to be an even more positive influence amongst his community.

Should there be a need I am happy to provide additional comment

Clayton J. Kingery

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | CASE NO.: 1:21-CR-35 (EGS) |
| ) | |
| JACK WADE WHITTON,  ) | |
| ) | |
| Defendant.  ) | |

**AFFIDAVIT OF:   Bobby C. Corsino**

1.

My name is  **Bobby C. Corsino** .  I am over the age of majority and suffering from no

mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set

forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _10_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer

on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal

misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is

released on bond he will pose no threat or danger to any person, or to the community, or to any

property in the community.  Further, based upon my knowledge of Mr. Whitton, I feel that if he

is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the

Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/7/2021

Name: Bobby C. Corsino

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                           )
         Plaintiff,       )
                           )
      vs.             )     CASE NO.: 1:21-CR-35 (EGS)
                           )
JACK WADE WHITTON,      )
                           )
        Defendant.    )
                           )

**AFFIDAVIT OF:**   Daniel Hunt

1.

My name is    Daniel Hunt   .  I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for  17  years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/6/2021 _____

Name:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )   CASE NO.: 1:21-CR-35 (EGS)
)
JACK WADE WHITTON, )
)
Defendant )

## AFFIDAVIT OF: Daniel Johnson

1.

My name is _Daniel Johnson_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _7 ½+_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.

Executed on: 4/6/21 _____

Name: _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|         Plaintiff,     ) | |
|          vs.       ) | CASE NO.: 1:21-CR-35 (EGS) |
| JACK WADE WHITTON,   ) | |
|         Defendant.     ) | |

**AFFIDAVIT OF:  David Debarr**

1.

My name is _DAVID DEBARR_.  I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _6_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 04-07-21

DAVID DEBARR

Name:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )
| )
| Plaintiff, )
| )
| vs. )
| )
| JACK WADE WHITTON, )
| )
| Defendant. )

CASE NO.: 1:21-CR-35 (EGS)

**AFFIDAVIT OF:** David Ogle

1.

My name is _David Paul Ogle_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _10_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.

Executed on: 3-6-21

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.: 1:21-CR-35 (EGS) |
| | ) |
| JACK WADE WHITTON, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF:** Denny Kingrey

1.

My name is _Denny Joe Kingery_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for __7__ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/6/2021

Name:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )
      vs.                     )          CASE NO.: 1:21-CR-35 (EGS)
                              )
JACK WADE WHITTON,            )
                              )
            Defendant.        )
                              )

**AFFIDAVIT OF:** Drew Pope

1.

My name is Drew Pope. I am over the age of majority
and suffering from no mental or legal disabilities.  I am further legally and
mentally competent to attest to the facts set forth in this affidavit, the same being
of my own personal knowledge.

2.

I have known Jack Wade Whitton for 4 years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a
police officer on January 6, 2021.  I certainly acknowledge that such an accusation
involves serious criminal misconduct.  However, based upon my knowledge of Mr.
Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/6/21          Draw Pope

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 1:21-CR-35 (EGS) |
| | ) | |
| JACK WADE WHITTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT OF:   Dustin Kingrey

1.

My name is ___Dustin Kingery___. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for __10__ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/6/2021 _____

Name:

# **Affidavit of Character**

Jack Wade Whitton Jr.

Dustin Kingery
Mechanical Engineer, EIT
Locust Grove, Georgia 30248

April 6th, 2021
Re: Jack Wade Whitton Jr.

To: The Honorable Judge Emmet G. Sullivan

I am the Manager of the Transmission Division for a manufacturing company specializing in high voltage disconnect equipment for the utility industry. As an engineer for twelve years in this sector I have been fortunate to travel the country working alongside a diverse group of wonderful people. I have known Mr. Whitton on a personal level for roughly ten years and proudly consider him a close friend. From experiences one will have difficulty in finding a person of higher moral character.

These statements are made with understanding and acknowledgment of the accusations placed before Mr. Whitton. I assure Wade is a great man who has only impacted those around him and his community in a positive manner. Many love and know him well for he is an extremely driven, passionate, and independent person whose honesty and work ethic are unmatched. His integrity and character is something to admire and many strive to obtain.

Throughout my time knowing Mr. Whitton there have been consistencies in how he lives life, conducts business, and treats others. Wade believes in a high moral code with which one must conduct themselves in their own personal lives and toward others with absolute integrity, fairness, and honesty. These traits are evident in his devotion toward is friends and family, how he strives to help others become better versions of themselves, and despite the adversity hard work will see one through.

Understanding the matters before us I was very surprised to learn of the accusations. Mr. Whitton is not one to condone violence or seek conflict. Over the past decade Wade has become a close friend, so much so he is considered an adopted family member, included by our parents and extended family. We have all celebrated holidays, enjoyed vacations, and been a part of each other's daily lives in general. In all of that time no one has seen any sort of dangerous behavior from Wade nor would we entertain the notion he is a violent person. What happened on that day is far from who Wade Whitton is, he is truly an honorable man.

Please let me know if there are any additional questions, I will be happy to provide further information.

Sincerely,

Dustin Kingery, ME, EIT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 1:21-CR-35 (EGS) |
| | ) | |
| JACK WADE WHITTON, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF:   Hannah Maloney**

1.

My name is _Hannah Maloney_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _27_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.   Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4 . 7 . 2021

Name:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 1:21-CR-35 (EGS) |
| | ) | |
| JACK WADE WHITTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF: Jack Wright

1.

My name is __Jack Wright__.  I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for __20__ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on:  __4/6/21__       _____

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                              )
                  Plaintiff,  )
                              )
        vs.                   )        CASE NO.: 1:21-CR-35 (EGS)
                              )
JACK WADE WHITTON,            )
                              )
                  Defendant.  )
                              )

## AFFIDAVIT OF:  James Scott

### 1.

My name is _James Scott_.  I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

### 2.

I have known Jack Wade Whitton for _3_ years.

### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/6/21

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
  )
           Plaintiff,  )
  )
      vs.  )     CASE NO.: 1:21-CR-35 (EGS)
  )
JACK WADE WHITTON,  )
  )
           Defendant.  )
  )

**AFFIDAVIT OF:**   Jared Osborne

1.

My name is ___Jared Osborne___ .  I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _20_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: _4-5-2021_                    _____
                                           Name:

Jared Osborne

██████████

Canton, GA, 30114

4/6/2021

Regarding: U.S. v. Jack Wade Whitton

Honorable Judge Emmet G. Sullivan

My name is Jared Osborne. I am 30 years old and currently work as a software engineer. I have been friends with Jack Wade Whitton for 20 years. To hear this news was a shock to me because this does not seem like something he would do. I fully understand the accusations against Jack Wade Whitton and know how serious they are.

I have grown up with Wade and know his character well. Despite having poor parenting and rough home life, I have seen him grow up to become a respectable man. He is someone I can depend on when I am in a time of need or going through a hardship, and I have seen him help others as well. I have always known him to take responsibility for his actions and learn from his mistakes. I have seen him work as a personal trainer and help and encourage people to meet their goals. He now owns his own fencing company, and it has been growing due to his hard work, ethics and ability to lead a team. This business is referral based, so if he wasn't good at his job nor a good man, it wouldn't have grown to what it is today. I know Wade to be someone who loves his country and abides by the law. If released on bond, I do not see him trying to dodge his responsibility to appear in court or to be of any danger to society.

Sincerely,

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,        )
                            )
        vs.               )     CASE NO.: 1:21-CR-35 (EGS)
                            )
JACK WADE WHITTON,     )
                            )
        Defendant.    )

**AFFIDAVIT OF:**   Jared Parrish

### 1.

My name is _Jared Parrish_ . I am over the age of majority

and suffering from no mental or legal disabilities.  I am further legally and

mentally competent to attest to the facts set forth in this affidavit, the same being

of my own personal knowledge.

### 2.

I have known Jack Wade Whitton for __20__ years.

### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a

police officer on January 6, 2021.  I certainly acknowledge that such an accusation

involves serious criminal misconduct.  However, based upon my knowledge of Mr.

Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.

Executed on: ___4/7/21___          _____
                                   Name:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,        )
                            )
      vs.                )     CASE NO.: 1:21-CR-35 (EGS)
                            )
JACK WADE WHITTON,      )
                            )
        Defendant.    )

**AFFIDAVIT OF:** Jeff Schuster

### 1.

My name is _Jeff Schuster_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

### 2.

I have known Jack Wade Whitton for _4_ years.

### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: _4/6/21_

Name: _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                             )
          Plaintiff,      )
                             )
          vs.            )     CASE NO.: 1:21-CR-35 (EGS)
                             )
JACK WADE WHITTON,     )
                             )
          Defendant.   )

## AFFIDAVIT OF: Jeffrey Bingham

### 1.

My name is _Jeffrey Bingham_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

### 2.

I have known Jack Wade Whitton for _17_ years.

### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: ___4-6-21___

Jeffrey Bingham

Name: _____

Conyers, GA 30094

Date: April 6, 2021

RE: Jack Wade Whitton

To: The Honorable Judge Emmet G. Sullivan

I have known Wade for 17 years. In that time I have seen him grow into a man of character and leadership, someone that I certainly look up to and depend on. I have full knowledge of the accusations against Jack Wade Whitton, and I would like to vouch for his character. I am fully confident that this incident is out of character for Wade.

I would not be the business owner, father, or friend that I am today if it weren't for my relationship with Wade. He has been an incredible example of hard work and a true friend. Wade has given me work when I was between jobs, and motivated me to believe in my abilities to put time and effort in to my own company and become successful. I have worked alongside Wade many times, some of those times just because I truly enjoy being around him and the motivation it brings me. Wade has employed and poured his time and effort into many people to help them get on a productive path in life, where most would not give them a second chance. I have seen him show compassion and forgiveness to employees and even friends, a character trait that some people just do not have.

Wade is someone that I certainly depend on for sound advice, he is level headed and straight forward anytime that I bring him questions or problems. He is someone that I look forward to my son knowing as he grows up, hoping that he is inspired the same way I have been from being around Wade and seeing the impact he has on those around him.

I have spent a lot of time with Wade these last 17 years, sun up to sun down, long rides in the truck or days on the water fishing. I can say with 100% confidence that Wade is not a violent person. He has never been nor ever will be a danger to those around him. He is an extremely productive member of society. Wade has built up his own fence company and currently employs people that depend on him. I know that his customers, employees, friends and family would all report that Wade is a kind, compassionate, hard working man.

Thank you for your time and consideration. Sincerely,

Jeffrey Scott Bingham

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                                  )
            Plaintiff,       )
                                  )
            vs.            )     CASE NO.: 1:21-CR-35 (EGS)
                                  )
JACK WADE WHITTON,      )
                                  )
            Defendant.    )

**AFFIDAVIT OF:**  **Juan Ramos**

1.

My name is _Juan N. Ramos_ .  I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _3_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community.

Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on

bond he does not pose any significant risk of fleeing from the jurisdiction of the

Court or failing to appear in Court when required.  Based upon my knowledge of

Mr. Whitton, I feel that if he is released on bond he does not pose any risk of

committing any criminal offense and does not pose any risk of intimidating any

witnesses or otherwise obstructing the administration of justice pertaining to his

present case.  These allegations are a complete shock to me as these allegations, if

true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black

Alper in his representation of Mr. Whitton during a bond hearing to be held on

April 12, 2021.  I understand that this Affidavit acts as if I were testifying in

person before the Honorable Emmet G. Sullivan, United States District Court

Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States**

**Code, Section 1746, and under penalty of prosecution for making a false**

**statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and**

**correct.**

Executed on: _04/06/2021_          *Juan A. Ramo*
                                    Name:

To Whoever it may Concern,
    I have known Jack Wade Whitton for the Past three Years; he's not a
danger to society. He's very Kind and understandable, and he is
cherished by everyone that is around him. Wade is a great boss; thus
I would rather work with him than anyone else. Furthermore,
He is not only my boss, but I consider him a friend.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
  )
           Plaintiff,  )
  )
           vs.  )    CASE NO.: 1:21-CR-35 (EGS)
  )
JACK WADE WHITTON,  )
  )
           Defendant.  )
  )

### AFFIDAVIT OF: Lauren Schuster

1.

My name is _Lauren E. Schuster_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for ___6___ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/6/2021

Name:

(Lauren E. Schuster)

Lauren E. Schuster

████████████████████

Locust Grove, Georgia 30248

April 6th, 2021

Re: Jack Wade Whitton


To: The Honorable Judge Emmet G. Sullivan

As an Executive Assistant/Technical writer for the company LOGIC Technologies, Inc., I am writing on behalf of my friend Jack Wade Whitton and would like to vouch for his character. I have known the defendant for over six years and I provide this character reference in full knowledge of the accusations against my friend.


Wade is of good moral character throughout all aspects of his life, whether personal or work related he is honest, hardworking and moral to a fault. Wade believes hard work and honesty are two of the most important characteristics a person can embody. Wade is one of the only people I know I can call if I need something, whether that be changing a tire or need moral advice. Wade is someone who helps others and is passionate about being a better person every day. Wade takes care of his Grandmother and his girlfriend Haley and makes sure they have everything they need in life. Wade founded, manages and works a fencing company alongside his employees and assures his employees are happy, professional and well taken care of.


Wade has never been a dangerous person. He would never hurt anyone else. I strongly believe whatever happened is extremely out of character for Wade. I was shocked to hear the accusations. My friend is a good person.


I can say with full confidence Wade has benefited his community in ways most won't in their lifetime. I can also say in full confidence Wade will continue to be a benefit to society hereafter and is a well-balanced person that only wants the best for others. Wade's character speaks for itself, he is highly intelligent and self-motivated and I am proud to call him a friend.


Should there be need I am happy to provide additional comment.

Sincerely,

Lauren E. Schuster

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:21-CR-35 (EGS) |
| ) | |
| JACK WADE WHITTON, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF:** Lori Osborne

1.

My name is Lori Osborne . I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for 20 years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: _4, 6, 21_         _Lori Osborne_

Name:

April 6, 2021

To Whom It May Concern:

I, Lori Osborne, have known Wade Whitton, Jr. since he came to Mt. Vernon Christian School in seventh grade, he and my son have been friends ever since. Wade has been to my home more times than I can remember, he still comes over every Thanksgiving and Christmas. Wade is a fine young man, who has always been respectful and grateful to me every time he is at my home. He is a very thoughtful person; he always brings something with him when he comes to the house. When I have had the opportunity to observe Wade, he treats those he is around no matter their background with respect and courtesy.

Wade has done well for himself as he didn't have a great childhood or parents that helped him after he graduated high school. Wade was a personal trainer for CrossFit and since has started a successful fencing company. Wade is a hard worker; he is dedicated and loyal.

Sincerely.



Lori Osborne

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
   )
         Plaintiff,   )
   )
      vs.   )     CASE NO.: 1:21-CR-35 (EGS)
   )
JACK WADE WHITTON,   )
   )
        Defendant.   )
   )

### AFFIDAVIT OF: Michael Adams

1.

My name is _Michael Adams_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for _10_ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 04.08.2021

Name: _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
)
         Plaintiff,   )
)
     vs.     )    CASE NO.: 1:21-CR-35 (EGS)
)
JACK WADE WHITTON,   )
)
       Defendant.   )
_____)

### <u>AFFIDAVIT OF:</u> Nicholas Davis

1.

My name is _Nicholas Davis_ I am over the age of majority and suffering from no mental or legal disabilities.  I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for __18__ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021.  I certainly acknowledge that such an accusation involves serious criminal misconduct.  However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: _4/7/2021_    ___Nicholas Daws___

Name:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
                                 )
            Plaintiff,     )
                                 )
        vs.         )    CASE NO.: 1:21-CR-35 (EGS)
                                 )
JACK WADE WHITTON,     )
                                 )
            Defendant.    )
                                 )

## AFFIDAVIT OF: Paul Moore

### 1.

My name is _Paul Moore_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

### 2.

I have known Jack Wade Whitton for _6_ years.

### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: _4/6/2021_      _____

Name:

Paul and Elizabeth Moore

Locust Grove, GA 30248

April 7, 2021

To Whom It May Concern:

We are writing this letter in reference to Jack Wade Whitton, Jr. We have known Wade for 5 years and he has been a wonderful tenant for over 3 years. During these years, we have come to know Wade as a friend. He is a hard-working individual with a thriving fencing business. He is also honest and responsible. We believe in him as an individual and a friend.

We were shocked to hear of his recent charges, as we are sure many others were as well. Wade is not a danger to the community in any way. He has never shown any signs of violence in the past. If the allegations are true, we believe that this was an incident of fueled emotions and bad decisions and we feel strongly that it was not his intention to hurt anyone or commit any violent crimes. We have two children, ages 8 and 12, who also consider Wade a friend and we fully trust him to be in their company. We will also welcome him back home to our property if he is to be able to do so.

We understand the severity of the charges at hand and we firmly believe that Wade is incredibly remorseful and will do whatever necessary to cooperate with the government and courts to make reparations for his alleged actions.

It is our hope that the court takes this letter into consideration.

Sincerely,

Paul Moore

Elizabeth Moore

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                                        )
              Plaintiff,    )
                                          )
              vs.    )     CASE NO.: 1:21-CR-35 (EGS)
                                          )
JACK WADE WHITTON,    )
                                          )
              Defendant.    )

## AFFIDAVIT OF: Ryan Rancifer

### 1.

My name is _Ryan Rancifer_. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

### 2.

I have known Jack Wade Whitton for _11_ years.

### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: __4/6/21__          _Ryan Rancifer_ _____
                                 Name:

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                            )
      Plaintiff,       )
                            )
vs.                  )    CASE NO.: 1:21-CR-35 (EGS)
                            )
JACK WADE WHITTON,      )
                            )
      Defendant.     )

**AFFIDAVIT OF:** Stephanie Parrish

1.

My name is ~~Stephanie Parrish~~. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for __2__ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.

Executed on: 7/16/2021

Name: Stamau Jarish

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                        )
          Plaintiff,    )
                        )
          vs.           )    CASE NO.: 1:21-CR-35 (EGS)
                        )
JACK WADE WHITTON,     )
                        )
          Defendant.  )

**AFFIDAVIT OF:** Steven Downing

### 1.

My name is STEVEN DOWNING. I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

### 2.

I have known Jack Wade Whitton for 8 years.

### 3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required.  Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case.  These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021.  I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on:  4-6-2021

Name:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
         )
    Plaintiff,  )
         )
    vs.  )    CASE NO.: 1:21-CR-35 (EGS)
         )
JACK WADE WHITTON,  )
         )
    Defendant.  )
         )

### AFFIDAVIT OF:  Valerie Kingrey

1.

My name is _VALERIE Lynn Kingrey_ I am over the age of majority and suffering from no mental or legal disabilities. I am further legally and mentally competent to attest to the facts set forth in this affidavit, the same being of my own personal knowledge.

2.

I have known Jack Wade Whitton for __7__ years.

3.

I am fully aware that Jake Wade Whitton has been accused of assaulting a police officer on January 6, 2021. I certainly acknowledge that such an accusation involves serious criminal misconduct. However, based upon my knowledge of Mr. Whitton, I feel that if Mr. Whitton is released on bond he will pose no threat or

danger to any person, or to the community, or to any property in the community. Further, based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any significant risk of fleeing from the jurisdiction of the Court or failing to appear in Court when required. Based upon my knowledge of Mr. Whitton, I feel that if he is released on bond he does not pose any risk of committing any criminal offense and does not pose any risk of intimidating any witnesses or otherwise obstructing the administration of justice pertaining to his present case. These allegations are a complete shock to me as these allegations, if true, are completely out of character for Mr. Whitton.

4.

This Affidavit has been signed by me for use by attorney Benjamin Black Alper in his representation of Mr. Whitton during a bond hearing to be held on April 12, 2021. I understand that this Affidavit acts as if I were testifying in person before the Honorable Emmet G. Sullivan, United States District Court Judge for the District of Columbia, or any other Federal Judge.

**I declare, under penalty of perjury pursuant to Title 28, United States Code, Section 1746, and under penalty of prosecution for making a false statement pursuant to O.C.G.A. § 16-10-20, that the foregoing is true and correct.**

Executed on: 4/6/2021

Name: Valerie Lynn Kingery