UNITED STATES

VS.

JACK WHITTON

Civil/Criminal No. CR 21-035-05 (EGS)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

EXHIBITS

FILED
APR 12 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | JURY (date & time) |
|---|---|---|---|---|---|
| 1. | PHOTO | 4/12/21 | N/A | N/A | N/A |
| 2. | BODY WORN CAMERA FOOTAGE | 4/12/21 | N/A | N/A | N/A |
| 3. | BODY WORN CAMERA FOOTAGE OF OFFICER C.M. | 4/12/21 | N/A | N/A | N/A |
| 4. | BODY WORN CAMERA FOOTAGE OF OFFICER D.P. | 4/12/21 | N/A | N/A | N/A |
| 5. | SURVEILLANCE CAMERA FROM U.S. CAPITOL POLICE | 4/12/21 | N/A | N/A | N/A |
| 6. | VIDEO CLIP BY THE DEFENDANT TO ACQUAINTANCES | 4/12/21 | N/A | N/A | N/A |