**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

JACK WADE WHITTON,

                Defendant.

Crim. Action No. 21-35-5 (EGS)

**ORDER**

    For the reasons stated in the accompanying Memorandum Opinion, it is hereby

    **ORDERED** that the government's motion for review and revocation of Magistrate Judge Cannon's release order, ECF No. 35, is **GRANTED,** and it is further

    **ORDERED** that defendant Jack Wade Whitton shall be detained pending trial; and it is further

    **ORDERED** that Mr. Whitton remain detained in Georgia pending further order of the Court; and it is further

    **OREDERED** that Mr. Whitton appear before the Court for a status conference on May 5, 2021 at 2:00 PM via video teleconference.

    **SO ORDERED.**

Signed:    _____
            **Emmet G. Sullivan**
            **United States District Judge**
            **April 20, 2021**