IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v.    )<br>)<br>JACK WADE WHITTON, )<br>Defendant.    ) | Crim. No. 21cr35<br>Hon. Emmet G. Sullivan |

## MOTION TO SUBSTITUTE COUNSEL

Comes now Defendant Jack Wade Whiton, by counsel, and moves this Court to substitute his current counsel, Benjamin B. Alper, Esq. and Robert D. Owen, Esq., with John C. Kiyonaga, undersigned.

SEEN AND AGREED:

_____
Benjamin B. Alper, Esq.

_____ by BBA by Express Permission
Robert D. Owen, Esq.

Respectfully Submitted,

JACK WADE WHITTON
By Counsel

  /s/
_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

1