IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

UNITED STATES,            )
                          )
      v.                  )        Crim. No. 21cr35
                          )        Hon. Emmet G. Sullivan
JACK WADE WHITTON,        )
      Defendant.          )
                          )

## MOTION TO SUBSTITUTE COUNSEL

Comes now Defendant Jack Wade Whiton, by counsel, and moves this Court to substitute

his current counsel, Benjamin B. Alper, Esq. and Robert D. Owen, Esq., with John C. Kiyonaga,

undersigned.

SEEN AND AGREED:

_____
Benjamin B. Alper, Esq.

_____  by BBA
Robert D. Owen, Esq.              w/ Express
                                  Permission

                          Respectfully Submitted,

                          JACK WADE WHITTON
                          By Counsel

                          _____/s/_____
                          John C. Kiyonaga

                          600 Cameron Street
                          Alexandria, Virginia 22314
                          Telephone: (703) 739-0009
                          Facsimile: (703) 340-1642
                          E-mail: john@johnckiyonagaa.com

                          Counsel for the Defendant

1

Certificate of Electronic Service

     I hereby certify that on October13, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/
John C. Kiyonaga