IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, <br><br> v. <br><br> JACK WADE WHITTON <br> Defendant. | ) <br> ) <br> ) Crim. No. 21cr35 <br> ) Hon. Emmet G. Sullivan <br> ) <br> ) <br> ) <br> ) |

MOTION TO ADOPT, CONFORM AND SUPPLEMENT
MOTION TO COMPEL DISCOVERY PERTINENT TO SELECTIVE PROSECUTION

Comes now Defendant Jack Wade Whitton, by counsel, and respectfully requests that he be permitted to adopt, conform and enjoy the benefits of the motion filed before this Court in United States v. McCaughey, *et al.*, DDC Case No 21cr35, (ECF No. 138) by David Lee Judd to Compel Discovery in Support of Mr. Judd's Claim of Selective Prosecution.

                                                                                                           Respectfully Submitted,

                                                                                                           JACK WADE WHITTON
                                                                                                           By Counsel

                                                                                                           _____/s/_____
                                                                                                           John C. Kiyonaga

                                                                                                           600 Cameron Street
                                                                                                           Alexandria, Virginia 22314
                                                                                                           Telephone: (703) 739-0009
                                                                                                           Facsimile: (703) 340-1642
                                                                                                           E-mail: john@johnckiyonagaa.com

                                                                                                           Counsel for the Defendant

<u>Certificate of Electronic Service</u>

      I hereby certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                                                                                                             _____/s/_____
                                                                                                           John C. Kiyonaga