IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CASE NO. 21-CR-00035 (EGS)** |
| **JACK WADE WHITTON,** | : | |
| Defendant. | : | |

### JOINT MOTION TO SCHEDULE CHANGE OF PLEA HEARING

The United States of America, by and through its undersigned counsel, and defendant Jack Wade Whitton, through his counsel, John Kiyonaga, Esq., respectfully request that this Court set the above-captioned matter for a change of plea hearing on September 13, 2022 at 3:00 p.m.

    Respectfully Submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

    /s/ *Benet J. Kearney*
    Matthew Moeder
    MO Bar No. 64036
    Benet J. Kearney
    NY Bar No. 4774048
    Colleen D. Kukowski
    DC Bar No. 1012458
    Assistant United States Attorneys
    601 D Street, N.W.
    Washington, D.C. 20530
    (212) 637 2260 / (202) 252-2646 / (816) 426-4103
    Benet.Kearney@usdoj.gov /
    Colleen.Kukowski@usdoj.gov /
    Matthew.Moeder@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System.

<em>/s/ Benet J. Kearney</em><br>
Benet J. Kearney<br>
Assistant United States Attorney

Date: August 19, 2022