

**FILED**
SEP 13 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CO 526 Rev. 5/2018

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 21-035-05 (EGS)
)
)
JACK WADE WHITTON )
)
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_JWW (By JCK)_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States attorney

Approved: _[signature]_    Date: 09/13/2022

EMMET G. SULLIVAN
United States District Judge