IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, )<br>)<br>    v. )<br>)<br>JACK WADE WHITTON, )<br>    Defendant. )<br>) | Crim. No. 21cr35<br>Hon. Rudolph Contreras |

## MOTION TO WITHDRAW

Comes now undersigned counsel for Defendant Jack Wade Whitton and moves to withdraw as counsel for Defendant for the reason that Defendant yesterday telephonically terminated undersigned as counsel.

Respectfully submitted,

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties

_____/s/_____
John C. Kiyonaga

1