IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    CASE NO. 1:21-cr-00035

JACK WADE WHITTON,

    Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance for counsel on the above captioned criminal case of Mr. Jack Wade Whitton. I certify that I am admitted to practice in this Court.

                                                      Respectfully Submitted,

Date: December 12, 2022                *s/ Komron Jon Maknoon*
                                                      Komron Jon Maknoon
                                                      PA I.D. PAO108

                                                      309 Smithfield Street
                                                      4th Floor
                                                      Pittsburgh, PA 15222
                                                      412-201-1802
                                                      412-201-3484 (Fax)
                                                      kjm@maknoon-law.com