**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  21-35 (RC) |
| | : | |
| JACK WADE WHITTON, | : | |
| | : | |
| Defendant. | : | |

### SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **March 6, 2023 at 2:00 p.m.** in Courtroom 23;

2. any party wishing to submit a memorandum in aid of sentencing must do so no later than **February 21, 2023**, with all responses (if any) due by **February 27, 2023**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  December 13, 2022                                                                RUDOLPH CONTRERAS
                                                                                                              United States District Judge