**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00035-RC-5 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JACK WADE WHITTON, | ) | The Honorable Rudolph Contreras |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this ___ day of _____2023, upon full consideration of the

Motion to Continue Sentencing, it is hereby ORDERED, ADJUDGED and DECREED that said

motion is GRANTED.

IT IS FURTHER ORDERED that the time of filing any Sentencing Memorandum and

Response is due on _____.


BY THE COURT:


_____, J.
Rudolph Contreras
United States District Judge

1