# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | 21 Cr. 035 (RC) |
| : | |
| JACK WADE WHITTON, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO CONTINUE SENTENCING

The United States, by and through the United States Attorney, and the defendant, Jack Wade Whitton, by and through his attorney Komron Jon Maknoon, Esq., hereby move this Court to continue the sentencing hearing for Mr. Whitton, currently scheduled for November 8, 2023, until December 4, 2023 at 10:00 a.m., or a date and time convenient for the Court. The parties also request that the Court adjust the deadlines for the submission of sentencing memoranda accordingly.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Benet J. Kearney*
BENET J. KEARNEY
NY Bar No. 4774048
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, New York 10007
(212) 637 2260
benet.kearney@usdoj.gov