**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00035-RC-5 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK WADE WHITTON, | ) | The Honorable Rudolph Contreras |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

And now, to-wit, comes the Defendant, Jack Whitton (hereinafter "Mr. Whitton"), by and through his counsel, Komron Jon Maknoon, and respectfully submits the within Motion to Continue Sentencing. In support thereof, he avers as follows:

1. On or about August 4, 2021, Mr. Whitton was indicted on alleged violations of 18 U.S.C. §§ 111 (a)(1), 18 U.S.C. §§ 111(a)(1)(b), and (2), 18 U.S.C. §§ 231(a)(3), 18 U.S. C. §§ 1752(a)(1), 18 U.S.C. §§ 1752(a)(2), 18 U.S. C. §§ 1752(a)(4), and 40 U.S.C. § 5104(e)(2)(F) (*See* ECF Doc. No. 92).

2. On or about November 17, 2021, a superseding indictment was filed alleging the same violations (*See* ECF Doc. No. 145).

3. On September 13, 2022, a Change of Plea was conducted pursuant to a Plea Agreement and Statement of the Offense (*See* ECF Doc. Nos. 225-6).

4. On December 12, 2022, undersigned counsel respectfully entered his appearance on behalf of Mr. Whitton (*See* ECF Doc. No. 259).

5. On December 13, 2022, a Final Presentence Investigation Report was filed (*See* ECF Doc. No. 261).

6.      Currently scheduled and due are Sentencing Memoranda on November 20, 2023, and Sentencing on December 4, 2023.

7.      Undersigned counsel's main sentencing witness, Haley McLean, is unavailable on the day of sentencing due her mother's serious health condition.[1]

8.      Additionally, on July 7, 2023, Mr. Whitton underwent an extensive examination conducted by Christina P. Glisner, Ph.D., ABPP, a forensic psychologist, which occurred over the course of several in-person assessments.

9.      Currently, Dr. Glisner is on leave and expected to return after the birth of her child.

10.     Although on leave, Dr. Glisner is attempting to finalize her notes to present her findings to undersigned counsel.

11.     Undersigned counsel recognizes the importance of maintaining the momentum of the sentencing process and will file Mr. Whitton's Sentencing Memorandum as well as any motions for departure or variance on November 20, 2023.

12.     Furthermore, undersigned counsel will immediately supplement any additional materials to the Court once received.

13.     On November 14, 2023, Chief Assistant United States Attorney Gregory Rosen informed undersigned counsel that he has no objection to the relief sought within.

WHEREFORE, Mr. Whitton respectfully requests that this Honorable Court grant the Motion to Continue Sentencing.

Respectfully submitted,

---

[1] Ms. McLean is the long standing paramour to Mr. Whitton who intends to testify as a character witness at his sentencing. Additionally, she is the sole care provider for her mother. Undersigned counsel has provided the government with the surrounding circumstances and the prescheduled appointments that she must attend. If requested, undersigned counsel will provide the Court with these details, which are serious and in no way an attempt to delay sentencing.

*/s/ Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466

Maknoon & Associates, LLC
438 Division St., 2nd Floor
Sewickley, PA 15143
(412) 201-1802
(412) 774-8424 FAX