**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CASE NO. 21 Cr. 35 (RC)** |
| **JACK WADE WHITTON** | **:** | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel via USAfx, in relation to its sentencing memorandum (ECF No. 380). These exhibits will be offered into evidence during the sentencing hearing currently scheduled for December 4, 2023.

The proposed exhibits are as follows:

1.      Government Exhibit 2 is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol building. The clip is approximately 2 minutes and 2 seconds long. The events depicted occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

2.      Government Exhibit 3 is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol building. The clip is approximately 2 minutes and 46 seconds long. The events depicted occurred between approximately 4:26 p.m. EST and 4:30 p.m. EST on January 6, 2021.

3.      Government Exhibit 4 is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol building. The clip is approximately 2 minutes and 7 seconds long.

The events depicted occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

4.      Government Exhibit 5 is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol building. The clip is approximately 2 minutes and 40 seconds long. The events depicted occurred between approximately 4:25 p.m. EST and 4:28 p.m. EST on January 6, 2021.

5.      Government Exhibit 7 is a clip from the body-worn camera video of MPD Officer A.W.  The clip is approximately 2 minute and 3 seconds long.  The events depicted in the exhibit occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

6.      Government Exhibit 8 is a clip from the body-worn camera video of MPD Officer C.M.  The clip is approximately 1 minute and 12 seconds long.  The events depicted in the exhibit occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

7.      Government Exhibit 10 is a clip from an open-source video filmed on the Lower West Terrace of the U.S. Capitol building.  The clip is approximately 2 minutes and 31 seconds long.  The events depicted in the exhibit occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

8.      Government Exhibit 11 is a clip from United States Capitol Police CCV footage of the Lowest West Terrace of the U.S. Capitol Building.  The clip is approximately 1 minute and 9 seconds long.  The events depicted in the exhibit occurred between approximately 4:48 p.m. EST and 4:49 p.m. EST on January 6, 2021..

9.      Government Exhibit 12 is a clip from the body-worn camera video of MPD Officer D.P.  The clip is approximately 36 seconds long.  The events depicted in the exhibit occurred between approximately 4:48 p.m. EST and 4:49 p.m. EST on January 6, 2021.

10. Government Exhibit 13 is a clip from the body-worn camera video of MPD Officer T.C. The clip is approximately 1 minute and 21 seconds long. The events depicted in the exhibit occurred between approximately 4:48 p.m. EST and 4:49 p.m. EST on January 6, 2021.

11. Government Exhibit 14 is a clip from an open-source video filmed the West Plaza of the U.S. Capitol building. The clip is approximately 42 seconds long. The events depicted in the exhibit occurred between approximately 4:26 p.m. EST and 4:28 p.m. EST on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BY: ____________________________

Benet J. Kearney
Assistant United States Attorney
N.Y. Bar No. 4774048
1 Saint Andrew's Plaza
New York, N.Y. 10007
(212) 637 2260
Benet.Kearney@usdoj.gov