November 17, 2023

Haley A. McLean

To The Honorable Rudolph Contreras,

My name is Haley McLean, and I have known Mr. Whitton since we met at a local gym in late 2011. He was a personal trainer at the time running his business and training clients at this gym. In February of 2012, I was invited to go with a new friend, to watch a CrossFit competition which took place in Woodstock, Georgia. Mr. Whitton was a competitor at this event, so I watched him as well as a few others, but I became fixated on Mr. Whitton's performance that day. This is the day I really noticed him, and from then on, gravitated towards him. He was such a good competitor, and while he performed well, he maintained humility. Many of his friends were there to compete as well, and they all supported each other. One of the main things that struck me about Mr. Whitton this day was how hard he worked in his training, and how serious he took his own performance, yet when it was time for one of his friends or fellow gym mates to perform, he would stay by their side the entire time, giving his all to them, ensuring they performed to their fullest potential. Not only would he do this for the people he knew, but if he saw someone he didn't know, giving their all, he would go to them, and give them his all with them. Mr. Whitton had a way about him that was calming to others during the most intense and exhausting moments of these events. He knew what they were feeling, what they were thinking, and how to walk them through the rest of the event. He knew what to say to them in those moments to keep them going just when they thought they couldn't do another rep or take another step–this is where I saw his passion–seeing others make it to the other side of these very difficult and excruciating workouts was truly what he lived for in those moments. This passion he holds does not only apply in these circumstances, but in general life as well. He loves to help people. He loves to see people achieve their goals, and he will go out of his way to help them do it. When I saw his passion that day in 2012, I thought I wanted to be just like him, and it had a profound positive effect on me. I'm telling this story as an example of who Wade is as a person, and how I've seen him conduct himself throughout the years I have known him, whether it be in the gym, in business, or at home.

I understand that Mr. Whitton has been convicted of a serious offense. His actions that day were completely out of character. In all my years of knowing Mr. Whitton, including the time we lived together from 2017 up until his arrest in this incident, I cannot think of a time where I have ever seen him act in a violent or aggressive manner.  I'm confident that he will ultimately be a productive and contributing member of society once again at the completion of his sentence, and he has my support in doing so, as well as a place to live upon his release.

Sincerely,
Haley McLean