IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr-00035-RC-5 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK WADE WHITTON, | ) | The Honorable Rudolph Contreras |
| | ) | |
| Defendant. | ) | |

**JACK WHITTON'S NOTICE CONCERNING ONLINE FUNDRAISING**

The Presentence Report for Defendant Whitton noted that, as of December 13, 2022, Defendant's Whitton's girlfriend, Haley McLean, had raised $61,685 through the online fundraising platform GiveSendGo. PSR, ¶ 103. Having conferred with Ms. McLean, counsel understands that the GiveSendGo funds were distributed to the defendant's prior and current counsel, as well as legal/travel expenses, a psychological evaluation, and defendant's commissary purchases, thus exceeding the raised amount.

    Respectfully submitted,

    *s/ Komron Jon Maknoon*
    Komron Jon Maknoon, Esquire
    PA I.D. NO. 90466

    Maknoon & Associates, LLC
    438 Division Street
    2nd Floor
    Sewickley, PA 15143
    (412) 201-1802
    (412) 774-8424 FAX

    Attorney for Defendant, Jack Wade Whitton